HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
KARA R. OTTERVANGER, CA Bar #354424
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
ANTONIO DAVISON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>ANTONIO DAVISON,<br>Defendant. | Case No. 1:24-cr-00091-KES-EPG<br><br>**ORDER FOR RELEASE** |

On September 14, 2026, the Court sentenced the defendant to a term of custody of time served. Accordingly, IT IS HEREBY ORDERED that defendant Antonio Davison (USMS No. 79256-097) shall be immediately released.

IT IS SO ORDERED.

Dated: September 14, 2026

UNITED STATES DISTRICT JUDGE